382 A.2d 750

Commonwealth v. Harrison, Appellant.

624

Submitted September 13, 1976. Albert John Snite, Jr., Assistant Defender, and Benjamin Lerner, Defender, for appellant; James W. Wilson, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.